**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607

**STEVEN G. KALAR**
*Federal Public Defender*                                                                                          Phone: (510) 637-3500

**JEROME E. MATTHEWS**                                                                                       Facsimile: (510) 637-3507
*Assistant Federal Public Defender*

21 June 2013

The Honorable Donna M. Ryu
United States Magistrate Judge
1301 Clay Street
Courtroom 4
Oakland, CA 94612

  Re: *United States v. Marshay McKinzie*
    CR-13 00047 CW[DMR]

Dear Magistrate Judge Ryu:

  The parties ask that you add this matter to the Court's 26 June 2013 calendar for change of plea. Mr McKinzie intends to plead guilty to the indictment without a plea agreement. The matter presently is set before District Judge Wilken for trial setting on Monday, 24 June 2013. By copy of this letter, we are asking that Judge Wilken vacate that date and confirm that you may take Mr McKinzie's plea.

  Please feel free to contact me if the Court desires any further information.

              Respectfully submitted,

              STEVEN G. KALAR
              Federal Public Defender


              JEROME E. MATTHEWS
              Assistant Federal Public Defender


cc: United States District Judge Claudia Wilken
   Nikki Riley, Deputy Clerk